UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM E ANDERSON | CASE NO: 19-22899 GLT |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 31 & 33 |
| | Hearing Date: June 18, 2020 |
| | Hearing Time: 9:00 a.m. |

On 5/7/2020, I did cause a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan, Amended Plan Dated April 28, 2020, Proof of Payments and the Court's March 17, 2020, Order ECF Docket Reference No. 31 & 33

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM E ANDERSON | CASE NO: 19-22899 GLT |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 31 & 33<br>Hearing Date: June 18, 2020<br>Hearing Time: 9:00 a.m. |

On 5/7/2020, a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan, Amended Plan Dated April 28, 2020, Proof of Payments and the Court's March 17, 2020, Order ECF Docket Reference No. 31 & 33

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03152<br>CASE 19-22899-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>THU MAY 7 11-33-55 EDT 2020 | WILLIAM E ANDERSON<br>208 MONATH STREET<br>WEST NEWTON PA 15089-1128 | CHILDRENS COMMUNITY PEDIATRICS<br>11279 PERRY HIGHWAYSUITE 450<br>WEXFORD PA 15090-9394 |
| COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 | FAY SERVICING<br>PO BOX 809441<br>CHICAGO IL 60680-9441 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LAUREN BERSCHLER KARL<br>PO BOX 305<br>INGOMAR PA 15127-0305 | KRISTA M ANDERSON<br>208 MONATH STREET<br>WEST NEWTON PA 15089-1128 | NYMT LOAN FINANCING TRUST<br>275 MADISON AVENUE32ND FLOOR<br>NEW YORK NY 10016-1133 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| STERN  EISENBERG<br>1581 MAIN STREETSUITE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON PA 18976-3403 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | WILMINGTON SAVINGS FUND SOCIETY<br>DBA CHRISTIANA TRUST<br>FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS TX 75381-4609 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | EXCLUDE<br>~~DANIEL R WHITE~~<br>~~ZEBLEY MEHALOV  WHITE PC~~<br>~~18 MILL STREET SQUARE~~<br>~~PO BOX 2123~~<br>~~UNIONTOWN PA 15401-1723~~ | WILMINGTON SAVINGS FUND SOCIETY<br>RAS CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD SUITE 170<br>DULUTH GA 30097-8461 |
| WILMINGTON SAVINGS FUND SOCIETY DBA CHRISTIA<br>RAS CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD SUITE 170<br>DULUTH GA 30097-8461 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 | |