Case 19-22899-GLT    Doc 53    Filed 07/16/20    Entered 07/16/20 09:22:09    Desc Main
Document      Page 1 of 1

FILED
7/16/20 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22899-GLT |
| | : | Chapter: | 13 |
| William E. Anderson | : | | |
| | : | | |
| | : | Date: | 7/15/2020 |
| Debtor(s). | : | Time: | 10:30 |

## PROCEEDING MEMO

*MATTER:*       #34 - Continued Motion for Relief from Stay Filed by Wilmington Savings Fund Society
              #39 - Response filed by Debtor

*APPEARANCES:*

    Trustee:    Ronda J. Winnecour
    Wilmington    James Warmbrodt

*NOTES:* (10:41)

Warmbrodt: I will note Attny White has hearings with Judge Bohm as well.

Court: Were you able to speak with Attny White? Is this still contested?

Warmbrodt: Yes, but the motion is still contested. I know the debtor's amended plan was confirmed. We received a payment in June which was almost double. A payment hasn't been made in July and approximately $6,000 is due to my client. So I'm not in a position to withdraw the motion.

Court: What were the payments in June?

Warmbrodt: We received $1,299.63 in June. The plan payment is $714.

Court: What plan payments were made?

Winnecour: In June, I received $910 and another amount. They're only behind the July payment.

Court: The June payment has been made in full. I confirmed the plan in June which provides for the mortgage arrears, but I was unprepared to address the stay relief motion because the Debtor missed his May plan payment. The fact that the June payment was made is significant. Because payment are now being made under the terms of the confirmed plan, I find that the mortgage provider is adequately protected. I will deny the motion without prejudice.

*OUTCOME:*

1. Continued Motion for Relief from Stay Filed by Wilmington Savings Fund Society [Dkt. No. 34] is DENIED for the reasons stated on the record. [Text Order to Issue]

**DATED:** 7/15/2020