Case 19-22899-GLT    Doc 66    Filed 05/06/21    Entered 05/06/21 11:09:06    Desc Main
Document    Page 1 of 1
FILED
5/6/21 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22899-GLT |
| | : | Chapter: | 13 |
| William E. Anderson | : | | |
| | : | | |
| | : | Date: | 5/5/2021 |
| *Debtor(s)*. | : | Time: | 01:00 |

## PROCEEDING MEMO

**MATTER:**    #59 - Motion for Relief from Stay Filed by Wilmington Savings Fund Society, FSB,
          #63 - Response filed by Debtor

**APPEARANCES**:
    Debtor:    Daniel R. White
    W.S.F.S.    Maria Miksich

**NOTES:** (1:21)

Miksich:  We filed this motion due to delinquent payments and lack of equity.   We spoke the other day and it's their intention to file an amended plan and we'd consent to a continuance.

Court: How long would you need?

White:   I would need around 21 days to file the amended plan.

Court: 30 days to file and we'll set it for conciliation from there.   What is happening with the wage attachment?

White: The debtor's work was reduced due to COVID.   He had been off work for a period of time.

Court: It's the same employer?

White: That's my understanding.

Court: There will need to be an updated wage order to account for the funding of the amended plan.

**OUTCOME:**

1. On or before June 4, 2021, the Debtor shall file an amended chapter 13 plan.  Conciliation to occur on July 15, 2021 at 9 a.m. [DB to issue system order]

2. On or before June 4, 2021, the Debtor shall file a motion for wage attachment providing for monthly payments in an amount no less than as set forth in the Debtor's amended plan. [Text Order to Issue]

3. Wilmington Savings Fund Society, FSB's *Motion for Relief from Stay Filed* [Dkt. No. 59] is continued to the conciliation conference on July 15, 2021 at 9 a.m. [Text Order to Issue]

**DATED:**  5/5/2021