UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM E ANDERSON

CASE NO: 19-22899 GLT

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 64 & 69
Hearing Date: July 15, 2021
Hearing Time: 9:00 a.m.

On 6/2/2021, I did cause a copy of the following documents, described below,

Notice of Modification to Confirmed Plan, Amended Chapter 13 Plan Dated June 1, 2021, and the Court's May 6, 2021, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 64 & 69

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2021

/s/ Daniel R. White
Daniel R. White  78718

Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM E ANDERSON

CASE NO: 19-22899 GLT

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 64 & 69
Hearing Date: July 15, 2021
Hearing Time: 9:00 a.m.

On 6/2/2021, a copy of the following documents, described below,

Notice of Modification to Confirmed Plan, Amended Chapter 13 Plan Dated June 1, 2021, and the Court's May 6, 2021, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 64 & 69

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED (see CM/ECF NOTICE OF ELECTRONIC FILING)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                        DEBTOR

  LABEL MATRIX FOR LOCAL NOTICING   WILLIAM E ANDERSON           CHILDRENS COMMUNITY PEDIATRICS
03152                             208 MONATH STREET            11279 PERRY HIGHWAYSUITE 450
CASE 19-22899-GLT                WEST NEWTON PA 15089-1128     WEXFORD PA 15090-9394
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
WED JUN 2 11-26-04 EDT 2021


COLLECTION SERVICE CENTER INC    FAY SERVICING                INTERNAL REVENUE SERVICE
363 VANADIUM ROAD                PO BOX 809441                PO BOX 7346
STE 109                          CHICAGO IL 60680-9441        PHILADELPHIA PA 19101-7346
PITTSBURGH PA 15243-1477


LAUREN BERSCHLER KARL            KRISTA M ANDERSON            MARIA MIKSICH
PO BOX 305                       208 MONATH STREET            KML LAW GROUP PC
INGOMAR PA 15127-0305            WEST NEWTON PA 15089-1128    701 MARKET STREET
                                                              SUITE 5000
                                                              PHILADELPHIA PA 19106-1541


NYMT LOAN FINANCING TRUST        BRIAN NICHOLAS               OFFICE OF THE UNITED STATES TRUSTEE
275 MADISON AVENUE32ND FLOOR     KML LAW GROUP PC             LIBERTY CENTER
NEW YORK NY 10016-1133           701 MARKET STREET            1001 LIBERTY AVENUE SUITE 970
                                 SUITE 5000                   PITTSBURGH PA 15222-3721
                                 PHILADELPHIA PA 19106-1541


PENNSYLVANIA DEPARTMENT OF REVENUE   PENNSYLVANIA DEPT OF REVENUE   STERN  EISENBERG
BANKRUPTCY DIVISION              DEPARTMENT 280946            1581 MAIN STREETSUITE 200
PO BOX 280946                    PO BOX 280946                THE SHOPS AT VALLEY SQUARE
HARRISBURG PA 17128-0946         ATTN- BANKRUPTCY DIVISION    WARRINGTON PA 18976-3403
                                 HARRISBURG PA 17128-0946


VERIZON                          WILMINGTON SAVINGS FUND SOCIETY   ~~EXCLUDE~~
BY AMERICAN INFOSOURCE AS AGENT  DBA CHRISTIANA TRUST          ~~DANIEL R WHITE~~
PO BOX 4457                      FAY SERVICING LLC            ~~SEDLEY MEEHLOV  WHITE PC~~
HOUSTON TX 77210-4457            PO BOX 814609                ~~18 MILL STREET SQUARE~~
                                 DALLAS TX 75381-4609         ~~PO BOX 2123~~
                                                              ~~UNIONTOWN PA 15401-1723~~


WILMINGTON SAVINGS FUND SOCIETY  WILMINGTON SAVINGS FUND SOCIETY   WILMINGTON SAVINGS FUND SOCIETY DBA
RAS CRANE LLC                    PO BOX 814609                CHRISTIA
10700 ABBOTTS BRIDGE ROAD SUITE 170   DALLAS TX 75381-4609    RAS CRANE LLC
DULUTH GA 30097-8461                                          10700 ABBOTTS BRIDGE ROAD SUITE 170
                                                              DULUTH GA 30097-8461


WILMINGTON SAVINGS FUND SOCIETY FSB NOT   ~~EXCLUDE~~
IN                               ~~RONDA J WINNECOUR~~
FAY SERVICING LLC                ~~SUITE 3250 USX TOWER~~
PO BOX 814609                    ~~600 GRANT STREET~~
DALLAS TX 75381-4609             ~~PITTSBURGH PA 15219-2702~~

ADDRESSES MANUALLY PREPARED, DOCUMENT SERVED IN PERSON, VIA U.S. MAIL AND, IF APPLICABLE, THROUGH THE COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(Creditor)
Wilmington Savings Fund Society, FSB,
not in its individual capacity, but
solely as trustee of NYMT Loan Trust I
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381
represented by:
Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

mmiksich@kmllawgroup.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
Wilmington Savings Fund Society dba
Christiana Trust, not individually,
but solely as Trustee for NYMT Loan
Trust I
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Creditor)
Wilmington Savings Fund Society
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097
represented by:
Lauren Berschler Karl
P.O. Box 305
Ingomar, PA 15127

lkarl@rascrane.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

(Debtor)
William E. Anderson
208 Monath Street
West Newton, PA 15089
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401 U.S.A.

dwhite@zeblaw.com