IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| William E. Anderson, | : | Case No.  19-22899 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 65,70 & 72 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

    I, Daniel R. White, Attorney for Debtors, certify that onJune 3, 2021, I served a copy of the Court's June 3, 2021, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Michels Corporation, Attn: Payroll Manager, 817 Main Street, P.O. Box 128, Brownsville, WI, 53006.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: June 3, 2021

                                                ZEBLEY MEHALOV & WHITE, P.C.
                                                BY

                                                /s/ Daniel R. White
                                                    Daniel R. White
                                                    PA I.D. No. 78718
                                                    P.O. Box 2123
                                                    Uniontown, PA 15401
                                                    724-439-9200
                                                    Email: dwhite@Zeblaw.com
                                                    Attorneys for Debtor