File No.: 12213

FILED
6/8/21 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-22899 GLT |
| William E. Anderson, | : | Chapter 13 |
| Debtor. | : | Motion No: WO-1 |
| William E. Anderson, | : | Document No: |
| Movant, | : | Related to Document No: 75 |
| vs. | : | |
| Michels Corporation and Ronda J. Winnecour, | : | |
| Respondents. | : | |
| D #1 SSN: xxx-xx-6263 | : | |

## ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, William E. Anderson, filed a motion to terminate his wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Michels Corporation is hereby terminated.

DATED this ___8th Day of June___, 2021.

Prepared by Daniel R. White, Esq.

_____
U. S. Bankruptcy Judge    drb

cc:   Debtor: William E. Anderson, 208 Monath Street, West Newton, PA 15089.
      Attorney for Debtors: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
      Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22899-GLT
William E. Anderson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: nsha | Page 1 of 2
Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

**Recip ID      Recipient Name and Address**
db      + William E. Anderson, 208 Monath Street, West Newton, PA 15089-1128

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I bnicholas@kmllawgroup.com

Daniel R. White
     on behalf of Debtor William E. Anderson sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Lauren Berschler Karl
     on behalf of Creditor Wilmington Savings Fund Society lkarl@rascrane.com lbkarl03@yahoo.com

Maria Miksich
     on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 — User: nsha — Page 2 of 2
Date Rcvd: Jun 08, 2021 — Form ID: pdf900 — Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6