**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WILLIAM E. ANDERSON | Case No.:19-22899 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/22/2019 and confirmed on 11/08/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,409.08 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,409.08 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,949.81 | |
|    Trustee Fee | 1,211.82 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,161.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 0.00 | 23,242.45 | 0.00 | 23,242.45 |
|   Acct: 3499 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 29,080.06 | 0.00 | 0.00 | 0.00 |
|   Acct: 3499 | | | | |
| | | | | 23,242.45 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM E. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM E. ANDERSON | 5.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 2,949.81 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 20,451.67 | 0.00 | 0.00 | 0.00 |
|   Acct: 6263 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|    PA DEPARTMENT OF REVENUE* | 4,763.02 | 0.00 | 0.00 | 0.00 |
|      Acct: 6263 | | | | |
|    RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|      Acct: XXXXXXXXXXXXXXXXX2899 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
|    CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: XDUFS | | | | |
|    INTERNAL REVENUE SERVICE* | 522.18 | 0.00 | 0.00 | 0.00 |
|      Acct: 6263 | | | | |
|    PA DEPARTMENT OF REVENUE* | 362.77 | 0.00 | 0.00 | 0.00 |
|      Acct: 6263 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 1,688.04 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    NYMT NOTE LOAN TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KRISTA M ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 23,247.45 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY           25,219.69
SECURED            29,080.06
UNSECURED           2.572.99

Date: 07/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com